**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHRISTIAN PILOSI and JAMES C. PILOSI,** : | **CIVIL ACTION NO. 1:05-CV-0824** |
| : | |
| : | **(Judge Conner)** |
| **Plaintiffs** : | |
| : | |
| v. : | |
| : | |
| **J.C. PENNEY LIFE INSURANCE COMPANY, et al.,** : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 25th day of May, 2005, upon consideration of plaintiff's motion for stay (Doc. 16), in which plaintiffs request a stay of proceedings pending resolution of their motion to remand (Doc. 15), and it appearing that the motion to remand calls into question the court's jurisdiction over this case, see Golden v. Golden, 382 F.3d 348, 354 (3d. Cir. 2004) (stating that federal courts have an "obligation to investigate their jurisdiction over matters before them."); see also 14C CHARLES A. WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 3739 (3d ed.) ("A federal court presented with a motion to remand is limited solely to the jurisdictional question of its authority to hear the case consistent with the restrictions of the removal statute."), it is hereby ORDERED that:

1. The motion for stay (Doc. 16) is GRANTED.  Briefing on defendants' motion to dismiss (Doc. 4) is STAYED pending resolution of the motion to remand.  Plaintiff's motion (Doc. 18) for an enlargement to respond to the motion to dismiss is DENIED as moot.

2. Defendants shall file a brief in opposition to the motion to remand on or before June 3, 2005.

3. Plaintiffs shall be permitted to file a brief in reply on or before June 13, 2005.

          S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge